JUDGE STEIN UNITED STATES DISTRICT COURT **08** CIV 4808
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
                                             :

SERIOUS USA, INC.; SERIOUS IP, INC.;
and DXPDD, LLC,

                  Plaintiffs,      :   Civil Action No.

                v.

CD DIGITAL CARD; CD WORKS; DISC
MAKERS; IMX SOLUTIONS, INC.; INFINITE  :  RULE 7.1 STATEMENT
MARKETING INC.; INGRAM MICRO INC.;
L&M OPTICAL DISC, LLC; MICROVISION
DEVELOPMENT, INC.; ONEDISC.COM, INC.;
SONARUS CORPORATION,

                Defendants.     :

----------------------------------------x



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges

and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Plaintiffs certifies that (1) Serious USA, Inc. and Serious IP, Inc. are

privately held corporations; and (2) DXPDD, LLC, is a privately held limited liability company.


Dated: New York, New York       DREIER LLP
      May 22, 2008

                          By: _____
                           Seth H. Ostrow (SO 9605)
                           Arianna Frankl (AF 7764)
                           Karine Louis (KL 6652)

                           499 Park Avenue
                           New York, New York 10022
                           Telephone: (212) 328-6100
                           Facsimile:  (212) 328-6101

                           Attorneys for Plaintiffs Serious USA, Inc.,
                           Serious IP, Inc. and DXPDD, LLC

357051