| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| DREIER L.L.P.<br>499 Park Avenue<br>New York, NY 10022<br>Telephone No: (212) 328-6100 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Southern District Of New York | | |
| Plaintiff: SERIOUS USA, INC., et al. | | |
| Defendant: CD DIGITAL CARD, ert al. | | |

| PROOF OF SERVICE<br>CIVIL ACTION SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CIV4808 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the CIVIL ACTION SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR PATENT INFRINGEMENT; EXHIBIT(S) A THRU "I"; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN; CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE; CRITICAL INSTRUCTIONS TO ATTORNEYS; GUIDELINES FOR ELECTRONIC CASE FILING; PROCEDURES FOR ELECTRONIC CASE FIING; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK; CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

3. a. Party served:           CD DIGITAL CARD
   b. Person served:          Nancy Sabry, office manager and officer of comany refusing officer capacity,
                              Person authorized to accept service of process

4. Address where the party was served:   11150 White Birch Dr.
                                          Rancho Cucamonga, CA 91730

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., May. 27, 2008 (2) at: 4:00PM

7. **Person Who Served Papers:**                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Gary Swanberg                                               d. *The Fee for Service was:*  $367.71
   b. **CLSS - NationWide Service Center (NWSC)**                 e. I am: (3) registered California process server
      2522 Lower Mason Creek Road                                     (i)   Owner
      Bandera, TX 78003                                               (ii)  Registration No.:   320
   c. (800) 899-2577, FAX (800) 998-2577                              (iii) County:             Riverside

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Thu, May. 29, 2008

   *signature: Gary Swanberg*

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
CIVIL ACTION SUMMONS

(Gary Swanberg)     3286100.55548

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Serious USA, Inc., Serious IP, Inc.
and DXPDD, LLC

V.

CD Digital Card, et al.
(Please see the attached addendum)

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

08 CIV 4808

CD Digital Card

TO: (Name and address of Defendant)

~~CD Digital Card~~
11150 White Birch Drive
Rancho Cucamonga, California 91730

(Please see the attached addendum)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth H. Ostrow, Esq.
Dreier LLP
499 Park Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

MAY 22 2008

DATE

(By) DEPUTY CLERK

## SUMMONS IN A CIVIL ACTION ADDENDUM

**PLAINTIFFS:**

Serious USA, Inc., Serious IP, Inc. and DXPDD, LLC

**DEFENDANTS:**

CD Digital Card; CD Works; Disc Makers; IMX Solutions, Inc.; Infinite Marketing Inc.; Ingram Micro Inc.; L&M Optical Disc, LLC; Microvision Development, Inc.; Onedisc.Com, Inc.; Sonarus Corporation

**DEFENDANTS' ADDRESSES:**

CD Digital Card
11150 White Birch Drive
Rancho Cucamonga, California  91730

CD Works
1266 Soldiers Field Road
Boston, Massachusetts  02135

Disc Makers
16 West 18th Street
New York, New York  10011

IMX Solutions, Inc.
210 E. Third Street, Suite 202
Royal Oak, Michigan  48067

Infinite Marketing Inc.
3475 Lenox Road, Suite 400
Atlanta, Georgia  30326

Ingram Micro Inc.
1759 Wehrle Drive
Williamsville, New York  14221

L&M Optical Disc, LLC
303 Louisiana Ave
Brooklyn, New York  11207

Microvision Development, Inc.
5541 Fermi Ct., Suite 120
Carlsbad, California 92008

Onedisc.Com, Inc.
4668 Murray Avenue
St. Paul, Minnesota, 55110-3425

Sonarus Corporation
1597 Washington Pike, Suite B14-265
Bridgeville, Pennsylvania 15017