# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CIV 4808                                    Date Filed: _____

Plaintiff:
**SERIOUS USA, INC., SERIOUS IP, INC., and DXPDD, LLC,**

vs.

Defendant:
**CD DIGITAL CARD, CD WORKS, et al**

For:
Dreier, LLP
499 Park Avenue
New York, NY  10022

Received these papers to be served on **INGRAM MICRO INC., C/O: CT CORPORATION INC., located at 111 8th Avenue, 13th Floor, New York, New York 10019.**

I, Baldeo Chetram, being duly sworn, depose and say that on the **23rd day of May, 2008** at **11:55 am, I:**

Served the above named Entity by delivering a true copy of the **Summons, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Judge's Pecks Rules, Judge's Katz's Rules, Judge's Daniel's Rules & Judge's Stein's Rules** to Nora Dindyal, Process Specialist, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served:  Age: 47,  Sex: F,  Race/Skin Color: Brown-Indian,  Height: 5'3",  Weight: 140,  Hair: Black,  Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 28th day of May, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2008002277
Ref: 08 CIV 4808

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j