| | |
|---|---|
| *Attorney or Party without Attorney:*<br>DREIER L.L.P.<br>499 Park Avenue<br>New York, NY 10022<br>*Telephone No:* (212) 328-6100 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Southern District Of New York

*Plaintiff:* SERIOUS USA, INC., et al.
*Defendant:* CD DIGITAL CARD, ert al.

| PROOF OF SERVICE<br>CIVIL ACTION SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CIV4808 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Civil Action Summons; Civil Cover Sheet; Complaint For Patent Infringement; Exhibit(S) A Thru "i"; Rule 7.1 Statement; Individual Practices Of Judge Sidney H. Stein; Consent To Proceed Before United States Magistrate Judge; Critical Instructions To Attorneys; Guidelines For Electronic Case Filing; Procedures For Electronic Case Fiing; Individual Practices Of Magistrate Judge Andrew J. Peck; Consent To Proceed Before United States Magistrate Judge

3. a. *Party served:* MICROVISION DEVELOPMENT, INC.
   b. *Person served:* James H. Mayall, person authorized to accept service of process by serving Shauna Burns, office manager

4. *Address where the party was served:* c/o James Harely Mayall
   Carlsbad, CA 92011

5. *I served the party:*
   b. **by substituted service.** On: Tue., May. 27, 2008 at: 1:50PM by leaving the copies with or in the presence of:
   James H. Mayall, person authorized to accept service of process by serving Shauna Burns, office manager
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left. I mailed the document on: Wed., May. 28, 2008 from: San Diego

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Dean Bell
   b. CLSS - NationWide Service Center (NWSC)
   2522 Lower Mason Creek Road
   Bandera, TX 78003
   c. (800) 899-2577, FAX (800) 998-2577

   d. *The Fee for Service was:* $367.71
   e. I am: (3) registered California process server
       (i) Owner
       (ii) Registration No.: 1064
       (iii) County: San Diego

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Thu, May. 29, 2008

*(Dean Bell)*

**Judicial Council Form**
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
CIVIL ACTION SUMMONS

3286100.55552

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Serious USA, Inc., Serious IP, Inc.
and DXPDD, LLC

V.

CD Digital Card, et al.
(Please see the attached addendum)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV 4808**

Microvision Development, Inc.

TO: (Name and address of Defendant)

CD Digital Card
11150 White Birch Drive
Rancho Cucamonga, California 91730

(Please see the attached addendum)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth H. Ostrow, Esq.
Dreier LLP
499 Park Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

__J. MICHAEL McMAHON__                                    MAY 22 2008
CLERK                                                     DATE

(By) DEPUTY CLERK

## SUMMONS IN A CIVIL ACTION ADDENDUM

**PLAINTIFFS:**

Serious USA, Inc., Serious IP, Inc. and DXPDD, LLC

**DEFENDANTS:**

CD Digital Card; CD Works; Disc Makers; IMX Solutions, Inc.;
Infinite Marketing Inc.; Ingram Micro Inc.; L&M Optical Disc, LLC;
Microvision Development, Inc.; Onedisc.Com, Inc.; Sonarus Corporation

**DEFENDANTS' ADDRESSES:**

CD Digital Card
11150 White Birch Drive
Rancho Cucamonga, California 91730

CD Works
1266 Soldiers Field Road
Boston, Massachusetts 02135

Disc Makers
16 West 18th Street
New York, New York 10011

IMX Solutions, Inc.
210 E. Third Street, Suite 202
Royal Oak, Michigan 48067

Infinite Marketing Inc.
3475 Lenox Road, Suite 400
Atlanta, Georgia 30326

Ingram Micro Inc.
1759 Wehrle Drive
Williamsville, New York 14221

L&M Optical Disc, LLC
303 Louisiana Ave
Brooklyn, New York 11207

Microvision Development, Inc.
5541 Fermi Ct., Suite 120
Carlsbad, California 92008

Onedisc.Com, Inc.
4668 Murray Avenue
St. Paul, Minnesota, 55110-3425

Sonarus Corporation
1597 Washington Pike, Suite B14-265
Bridgeville, Pennsylvania 15017