# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 08 CIV. 4808 (SHS)(AJP)

Date Filed: _____

Plaintiff:
**SERIOUS USA, INC., et al**

vs.

Defendant:
**CD DIGITAL CARD, et al**

For:
Dreier, LLP
499 Park Avenue
New York, NY 10022

Received these papers to be served on **L&M OPTICAL DISC, LLC, located at 303 Louisiana Avenue, Brooklyn, New York 11207.**

I, Vincent J. Mannetta, being duly sworn, depose and say that on the **5th day of June, 2008 at 3:25 pm, I:**

Served the above named Entity by delivering a true copy of the **Summons, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Judge's Pecks Rules & Judge's Stein's Rules** to Yafit Shahar, Controller, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 175, Hair: Black, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 11th day of June, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

Vincent J. Mannetta
1203246

Our Job Serial Number: 2008002442
Ref: 08 Civ. 4808 (SHS)(AJP)

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j