UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
SERIOUS USA, INC.; SERIOUS IP, INC.;  :
and DXPDD, LLC,                       :
                                      :
              Plaintiffs,             :  Civil Action No. 08-cv-4808 (SHS) (AJP)
                                      :
       v.                             :
                                      :
CD DIGITAL CARD; CD WORKS; DISC       :  **AFFIDAVIT OF SERVICE**
MAKERS; IMX SOLUTIONS, INC.;          :
INFINITE MARKETING INC.; INGRAM       :
MICRO INC.; L&M OPTICAL DISC, LLC;    :
MICROVISION DEVELOPMENT, INC.;        :
ONEDISC.COM, INC.; SONARUS            :
CORPORATION,                          :
                                      :
              Defendants.             :
                                      :
------------------------------------- x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SOPHIA SHALABY, being duly sworn, deposes and says:

1.      I am over eighteen years old, am not a party to this action and reside in Middlesex County, State of New Jersey.

2.      On June 12, 2008, I placed a true and correct copy of the **Summons, Complaint, Civil Cover Sheet, Rule 7.1 Statement, Individual Practices of Judge Sidney H. Stein and Individual Practices of Magistrate Judge Andrew J. Peck** into securely sealed pre-paid envelopes, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed to:

Sonarus Corporation
A Dischouse Corporation Co.
1597 Washington Pike, Suite B14-265
Bridgeville, Pennsylvania 15017

Sonarus Corporation (a/k/a Freedom Disk)
5 Vertical Drive
Cannonsburg, PA 15317

*Sophia Shalaby*
Sophia Shalaby

Sworn to before me this
12th day of June, 2008

_____
Notary Public

**KARINE LOUIS**
**Notary Public, State of New York**
**No. 02LO6111835**
**Qualified in New York**
**Commission Expires: June 28, 2008**

363025

2