

**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTORNEYS AT LAW

30 Rockefeller Plaza | 24th Floor | New York, NY 10112
212-332-3800 office | 212-332-3888 fax | www.sheppardmullin.com

Theodore C. Max
Writer's Direct Line: 212-332-3602
tmax@sheppardmullin.com

Our File Number: 0PTP-138114

June 12, 2008

RECEIVED JUN 12 2008 CHAMBERS OF JUDGE SIDNEY H. STEIN U.S.D.J.

By Hand
Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

Re:   Serious USA, Inc. et al. v. CD Digital Card, et al.
       USDC, Southern District of New York, Case No. 08 CIV 4808

Dear Judge Stein:

We represent defendant Ingram Micro Inc. in the above-captioned matter. We are writing to inform the Court that Plaintiffs have agreed to extend Ingram Micro's time to answer or otherwise respond to the complaint until June 26, 2008. There have been no other extensions granted previously.

If this is acceptable, we ask that you So Order this letter and forward it to the clerk for docketing.

Respectfully submitted,

Theodore C. Max
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   Karine Louis
       Dreier LLP
       Attorneys for Plaintiffs

       Jonathan P. Hersey
       Sheppard Mullin Richter & Hampton LLP

SO ORDERED 6/13/08

SIDNEY H. STEIN
U.S.D.J.

W02-WEST:7TXM1\400890517.1