USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08

Keith D. Nowak, Esq.
William F. Sondericker, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
Attorneys for defendants CD Digital Card,
IMX Solutions Inc. and ONEDISC.COM, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SERIOUS USA., INC.; SERIOUS IP, INC.; and
DXPDD, LLC,

                Plaintiffs,

                v.                                08 CIV 4808 (SHS)

CD DIGITAL CARD; CD WORKS; DISC        STIPULATION AND ORDER
MAKERS, IMX SOLUTIONS, INC.; INFINITE
MARKETING INC.; INGRAM MICRO INC.;
L&M OPTICAL DISC, LLC; MICROVISION
DEVELOPMENT, INC.; ONEDISC.COM, INC.;
SONARUS CORPORATION,

                Defendants.
------------------------------------------------------------X

       IT IS HEREBY STIPULATED between and among plaintiffs and defendants CD Digital Card; IMX Solutions Inc. and ONEDISC.COM, INC. that the time of those defendants to answer, move, or otherwise respond to the Complaint shall be extended from June 12, 2008 to and including July 14, 2008. Said defendants have made no previous requests for extensions of time and plaintiffs consent to this request.

Dated: New York, New York
June 12, 2008

6341435.1

CARTER, LEDYARD & MILBURN LLP

By: /s/ *signature*
Keith D. Nowak
William F. Sondericker
2 Wall Street
New York, New York 10005
(212) 732-3200
Attorneys for Defendants
CD Digital Card;
IMX Solutions Inc.; and
ONEDISC.COM, INC.

So Ordered: 6/13/08
*signature*
Hon. Sidney H. Stein
United States District Court Judge

DREIER LLP

By: /s/ *signature*
Seth H. Ostrow
Arianna Frankl
Karine Louis
499 Park Avenue
New York, New York 10022
(212) 328-6100
Attorney for Plaintiffs