

**SCHULTEN WARD & TURNER**
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

WM. SCOTT SCHULTEN
KEVIN L. WARD
DAVID L. TURNER
SUSAN KASTAN MURPHEY
ERIN S. STONE
ERIC L. WEISS
JON R. ERICKSON
MARTIN J. SHELTON
CHARLES D. SUSANO
JILL D. PRUSSAK
HADLEY L. HARRELSON
NABIL F. PAREKH
WILLIAM J. PIERCY
DEAN R. FUCHS
JOSEPH T. KELLEY
J. ZACHARY MILLER
ALYSON D. TAYLOR
HOLLY E. COLE
CAROLINE N. YAW
JENNIFER L. PENNINGTON
ANDREW J. LAVOIE
LYNLEY R. TERRAS

260 PEACHTREE ST., N.W.
SUITE 2700
ATLANTA, GEORGIA 30303
TELEPHONE (404) 688-6800
www.swtlaw.com

STEVEN H. SADOW, SPECIAL COUNSEL
WHITE COLLAR CRIME AND HIGH PROFILE CRIMINAL DEFENSE

THOMAS RICHELO, OF COUNSEL

Writer's Direct Dial: (404) 688-6801
Email: wss@swtlaw.com

RECEIVED
JUN 13 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

June 13, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

Via Facsimile (212) 805-7924

Honorable Sidney H. Stein
United States District Court
Southern District of New York
New York, NY

## MEMO ENDORSED

Re: Serious USA, Inc, et al. v. CD Digital Card, et al; Civil Action No. 08-CIV4808

Dear Judge Stein:

This is to notify the Court that the Plaintiff's counsel in the above-styled action have agreed to extend the time for Defendant Infinite Marketing, Inc. to file an Answer to the Complaint until and through June 30, 2008.

Thank you for your time in this matter.

Sincerely,

Wm. Scott Schulten

WSS/gfw

cc: Karine Louis, Esq.
    Keith D. Nowak, Esq.

SO ORDERED 6/16/08

SIDNEY H. STEIN
U.S.D.J.