```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
SERIOUS USA, INC.; SERIOUS IP, INC.;
and DXPDD, LLC,

              Plaintiffs,      :  Civil Action No. 08-cv-4808 (SHS) (AJP)

        v.

CD DIGITAL CARD; CD WORKS; DISC    :  **STIPULATION**
MAKERS; IMX SOLUTIONS, INC.;
INFINITE MARKETING INC.; INGRAM
MICRO INC.; L&M OPTICAL DISC, LLC;
MICROVISION DEVELOPMENT, INC.;
ONEDISC.COM, INC.; SONARUS
CORPORATION,

              Defendants.
------------------------------------- x

    IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for Plaintiffs and Mr. Jeff Starfield, President of Defendant CD Works, appearing *Pro Se*, that Defendant CD Works' time to answer, move or otherwise respond to the Complaint is hereby extended from June 17, 2008 to July 1, 2008. This is the first extension of time for this matter.

08 Civ. 4808 (SHS)

Dated: Boston, Massachusetts
    June 13, 2008

CD WORKS

By: _____
Mr. Jeffrey Starfield
President

93 Park Street
Beverly, MA 01915
Telephone: (978) 922-4990 x 115
Facsimile: (978) 922-5110

*Appearing Pro Se*

Dated: New York, New York
    June 16, 2008

DREIER LLP

By: _____
Seth H. Ostrow (SO 9605)
Arianna Frankl (AF 7764)
Karine Louis (KL 6652)

499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

Attorneys for Plaintiffs

So Ordered, 6/16/08

_____
Hon. Sidney H. Stein
United States District Judge