UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

SERIOUS USA, INC., SERIOUS IP, INC.
& DXPDD, LLC,

               Plaintiffs,

               -against-

CD DIGITAL CARD, CD WORKS, DISC MAKERS, IMX
SOLUTIONS, INC., INFINITE MARKETING, INC.,
INGRAM MICRO, INC., L&M OPTICAL
DISC, LLC, MICROVISION DEVELOPMENT, INC.,
ONEDISC.COM, INC. & SONARUS CORPORATION,

               Defendants.
------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/17/08

08 Civ. 4808 (SHS) (AJP)

**ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE**

**ANDREW J. PECK, United States Magistrate Judge:**

      IT IS HEREBY ORDERED that a conference is scheduled for Friday, June 20, 2008 at 9:30 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

      Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

      SO ORDERED.

Dated:     New York, New York
            June 17, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Karine Louis, Esq.
                                Keith D. Nowak, Esq.
                                Theodore C. Max, Esq.
                                Wm. Scott Schulten, Esq.
                                Jeffrey Starfield, President - CD Works
                                Judge Sidney H. Stein

C:\ORD\Order Scheduling Status Conference