UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
SERIOUS USA, INC.; SERIOUS IP, INC.;
and DXPDD, LLC,

              Plaintiffs,

    -against-

CD DIGITAL CARD; CD WORKS; DISC
MAKERS; IMX SOLUTIONS, INC.;
INFINITE MARKETING INC.; INGRAM
MICRO INC.; L&M OPTICAL DISC, LLC;
MICROVISION DEVELOPMENT, INC.;
ONEDISC.COM, INC.; and SONARUS
CORPORATION,

              Defendants.
--------------------------------------------------------X

Civil Action No. 08 CIV 4808 (SHS) (AJP)

STIPULATION & ORDER

Honorable Sidney H. Stein

Magistrate Judge Andrew J. Peck

*[Stamp: RECEIVED JUN 17 2008 CHAMBERS OF ANDREW J. PECK]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC# ___ DATE FILED: 6/17/08]*

Defendant Microvision Development, Inc. ("Microvision") and Plaintiffs Serious USA, Inc., Serious IP, Inc., and DXPDD, LLC, by and through their undersigned counsel, hereby stipulate that Microvision's time to answer or otherwise respond to the Complaint in this action

is extended from June 16, 2008 to and including June 30, 2008.

Dated:   New York, New York
         June 13, 2008

                              LOEB & LOEB LLP

                              By: _____
                              Brad Needleman (BN 0869)
                              Tal Dickstein (TD 3204)
                              345 Park Avenue
                              New York, New York 10154-1895
                              Telephone: (212) 407-4000
                              Facsimile: (212) 407-4990
                              *Attorneys for Defendant*
                              *Microvision Development, Inc.*

                              DREIER LLP

                              By: _____
                              Seth H. Ostrow (SO 9605)
                              Arianna Frankl (AF 7764)
                              Karine Louis (KL 6652)
                              499 Park Avenue
                              New York, New York 10022
                              Telephone: (212) 328-6100
                              Facsimile: (212) 328-6101
                              *Attorneys for Plaintiffs Plaintiffs USA, Inc.,*
                              *Plaintiffs IP, Inc. and DXPDD, LLC*

SO ORDERED:

_____
Hon. Andrew J. Peck
U.S.M.J.
Dated: June 17, 2008

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Copy for ECF.

BY FAX

2