```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SERIOUS USA, SERIOUS IP, INC.
and DXPDD, LLC
                        Plaintiffs,

                        08 Civ. 4808 (SHS)(AJP) [GBD]

    v.

**STIPULATION AND ORDER
EXTENDING TIME TO ANSWER**

CD DIGITAL CARD; CD WORKS; DISC MAKERS;
IMX SOLUTIONS, INC.; INFINITE MARKETING
INC.; INGRAM MICRO, INC., L&M OPTICAL
DISC, LLC; MICROVISION DEVELOPMENT,
INC.; ONEDISC.COM, INC.; and SONARUS
CORPORATION,

                        Defendants.
-------------------------------------------------------------- x

      WHEREAS, this action was commenced by Plaintiffs Serious USA, Inc., Serious IP, Inc., and DXPDD, LLC ("Plaintiffs") on May 22, 2008;

      WHEREAS, Defendant Ingram Micro, Inc. ("Ingram Micro") sought and received one prior extension of time to answer up to and including June 26, 2008, so ordered by the Court on June 13, 2008; and

      WHEREAS, Plaintiffs consent to a further extension so that settlement prospects may be evaluated;

      NOW, THEREFORE, Defendant Ingram Micro and Plaintiffs; by and through their undersigned counsel; hereby stipulate that Ingram Micro's time to answer or otherwise respond

W02-EAST:7CXL1\200104387.2

to the Complaint in this action is extended up to and including July 14, 2008. *The discovery cutoff and all other deadlines remain unchanged.* /AP

| DREIER LLP | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
|---|---|
| By: /s/ Karine Louis /t.r. | By: /s/ |
| Seth H. Ostrow (SO 9605) | Theodore C. Max (TM 1742) |
| Arianna Frankl (AF 7764) | Charles A. LeGrand (CL 5320) |
| Karine Louis (KL 6652) | 30 Rockefeller Plaza, 24th Floor |
| 499 Park Avenue | New York, New York 10112 |
| New York, New York 10017 | Telephone: (212) 332-3800 |
| Telephone: (212) 328-6100 | Facsimile: (212) 332-3888 |
| Facsimile: (212) 328-6101 | *Attorneys for Defendant Ingram Micro, Inc.* |
| *Attorneys for Plaintiffs Serious USA, Inc., Serious IP, Inc. and DXPDD, LLC* | |

SO ORDERED:

/s/ 6/26/08
_____
U.S.M.J.
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

*Copies faxed to: All Counsel [illegible]*

**BY FAX**