

RECEIVED
JUN 26 2008
CHAMBERS OF
ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERIOUS USA, INC.; SERIOUS IP, INC.; and DXPDD, LLC,

Plaintiffs,

v.

CD DIGITAL CARD; CD WORKS; DISC MAKERS; IMX SOLUTIONS, INC.; INFINITE MARKETING INC.; INGRAM MICRO INC.; L&M OPTICAL DISC, LLC; MICROVISION DEVELOPMENT, INC.; ONEDISC.COM, INC.; SONARUS CORPORATION,

Defendants.

Civil Action No. 08-cv-4808 (~~SHS~~ GBD) (AJP)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for Plaintiffs and Mr. Jeff Starfield, President of Defendant CD Works, appearing *Pro Se*, that Defendant CD Works' time to answer, move or otherwise respond to the Complaint is hereby extended from July 1, 2008 to July 16, 2008. This is the second extension of time for this matter.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

6/26/08

BY FAX

Dated: Boston, Massachusetts
June 26, 2008

CD WORKS

By: ______________________
Mr. Jeffrey Starfield
President

93 Park Street
Beverly, MA 01915
Telephone: (978) 922-4990 x 115
Facsimile: (978) 922-5110

*Appearing Pro Se*

Dated: New York, New York
June 26, 2008

DREIER LLP

By: Karine Louis /I.R.
Seth H. Ostrow (SO 9605)
Arianna Frankl (AF 7764)
Karine Louis (KL 6652)

499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

Attorneys for Plaintiffs

So Ordered,

______________________
Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**Southern District of New York**
**United States Courthouse**
**500 Pearl Street, Room 1370**
**New York, N.Y. 10007-1312**

**Fax No.:** (212) 805-7933
**Telephone No.:** (212) 805-0036

**Dated:** June 26, 2008 **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Seth H. Ostrow, Esq.<br>Karine Louis, Esq. | 212-600-9499 |
| Keith D. Nowak, Esq. | 212-732-3232 |
| Charles LeGrand, Esq. | 212-332-1216 |
| Wm. Scott Schulten, Esq. | 404-688-6840 |
| William J. Manning, Esq. | 212-208-2538 |
| Jeffrey Starfield, President - CD Works | 978-922-5110 |

## TRANSCRIPTION:

**All other deadlines remain unchanged. As Mr. Starfield has been advised by the Court, a company cannot appear pro se, but the Court will sign this Order.**

**Copy to: Judge George B. Daniels**