UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SERIOUS USA, INC., SERIOUS IP, INC., and : 
DXPDD, LLC, :
: Civil Action Number:
: 08 CIV 4808 (SHS)
       Plaintiffs, :
: APPEARANCE
  -against- :
:
CD DIGITAL CARD, CD WORKS, DISC :
MAKERS, IMX SOLUTIONS, INC., :
INFINITE MARKETING, INC., INGRAM :
MICRO, INC., L&M OPTICAL DISC, LLC, :
MICROVISION DEVELOPMENT, INC., :
ONEDISC.COM, INC. and SONARUS :
CORPORATION, :
:
       Defendants. :
------------------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Audio & Video Labs, Inc. d/b/a Disc Makers, s/h/a Disc Makers

I certify that I am admitted to practice in this court.

Dated: New York, New York
       June 27, 2008

                                      FRYDMAN LLC

                                      By: _____
                                      David S. Frydman (DF-8095)
                                      18 East 48th Street, 10th Floor
                                      New York, New York 10017
                                      (212) 355-9100
                                      (212) 355-8988 (facsimile)