USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/30/08



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SERIOUS USA, INC.; SERIOUS IP, INC.;
and DXPDD, LLC,

              Plaintiffs,

            -against-

CD DIGITAL CARD; CD WORKS; DISC
MAKERS; IMX SOLUTIONS, INC.;
INFINITE MARKETING INC.; INGRAM
MICRO INC.; L&M OPTICAL DISC, LLC;
MICROVISION DEVELOPMENT, INC.;
ONEDISC.COM, INC.; and SONARUS
CORPORATION,

              Defendants.

------------------------------------------------------------X

Civil Action No. 08 Civ. 4808 (SHS) GBD (AJP)

STIPULATION AND PROPOSED ORDER

Honorable Sidney H. Stein

Magistrate Judge Andrew J. Peck

WHEREAS Defendant Microvision Development, Inc.'s ("Microvision") time to answer or otherwise respond to the Complaint in this action was previously extended from June 16, 2008 to and including June 30, 2008; and

WHEREAS counsel for Plaintiffs Serious USA, Inc., Serious IP, Inc. and DXPDD, LLC ("Plaintiffs") and Microvision believe that an additional two-week extension of Microvision's time to answer or otherwise respond to the Complaint will facilitate settlement discussions that may result in a resolution of Plaintiffs' claims against Microvision without need for further judicial involvement;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiffs and Microvision that Microvision's time to answer or otherwise respond to the Complaint is extended from June 30, 2008 to and including July 14, 2008.

SO ORDERED:

_____
Hon. Andrew Jay Peck
United States Magistrate Judge

Dated: New York, New York
June 27, 2008

        LOEB & LOEB LLP

By: _____
William J. Manning, Jr. (WM 3791)
Tal E. Dickstein (TD 3204)
345 Park Avenue
New York, New York 10154-1895
Telephone: (212) 407-4000
Facsimile: (212) 407-4990

*Attorneys for Defendant
Microvision Development, Inc.*

DREIER LLP

By: _____
Seth Ostrow (SO 9605)
Arianna Frankl (AF 7764)
Karine Louis (KL 6652)
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

*Attorneys for Plaintiffs Serious USA, Inc.,
Serious IP, Inc., and DXPDD, LLC*

So Ordered:

_____
Hon. Andrew J. Peck
U.S.M.J.

Dated: New York, New York
June ___, 2008