# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

625 NORTH FLAGLER DRIVE
WEST PALM BEACH, FL 33401

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

ALAN A.B. MCDOWELL
DIRECT DIAL: 212-545-4609
FACSIMILE: 212-545-4794
mcdowell@whafh.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/1/08


RECEIVED
JUL -1 2008
CHAMBERS OF
ANDREW J. PECK

June 27, 2008

**BY HAND DELIVERY**

Honorable Sidney H. Stein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

    Re:    ***Serious USA, Inc. et al. v. CD Digital Card, et al.,***
            **Case No. 08 Civ. 4808**

Dear Judge Stein:

    We represent defendant L&M Optical Disc LLC ("L&M Optical") in the above-referenced matter. We are writing to inform the court that plaintiffs have agreed to extend L&M Optical's time to answer or otherwise respond to the complaint up to and including July 18, 2008. There have been no other extensions granted to L&M Optical previously.

    If this is acceptable, we ask that you So Order this letter and forward it to the clerk for docketing.

Respectfully submitted,

Alan A.B. McDowell

Cc: Coreen Lewis, Dreier LLP
     Attorneys for Plaintiffs

AABM/mc/514189

**MEMO ENDORSED** 7/1/08
Approved.
SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** July 1, 2008                                   **Total Number of Pages: 2**

| TO | FAX NUMBER |
|---|---|
| Seth H. Ostrow, Esq.<br>Karine Louis, Esq. | 212-600-9499 |
| Keith D. Nowak, Esq. | 212-732-3232 |
| Charles LeGrand, Esq. | 212-332-1216 |
| Wm. Scott Schulten, Esq. | 404-688-6840 |
| William J. Manning, Esq. | 212-208-2538 |
| Alan A. B. McDowell, Esq. | 212-545-4794 |
| Jeffrey Starfield, President - CD Works | 978-922-5110 |

# TRANSCRIPTION:

**MEMO ENDORSED 7/1/08**

**Approved.**

Copy to:   Judge George B. Daniels