```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC#_____
                                            DATE FILED: _7/1/08_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SERIOUS USA, INC., SERIOUS IP, INC., and
DXPDD, LLC,

          Plaintiffs,

       -against-

CD DIGITAL CARD, CD WORKS, DISC
MAKERS, IMX SOLUTIONS, INC.,
INFINITE MARKETING, INC., INGRAM
MICRO, INC., L&M OPTICAL DISC, LLC,
MICROVISION DEVELOPMENT, INC.,
ONEDISC.COM, INC. and SONARUS
CORPORATION,

          Defendants.
----------------------------------------x

Civil Action Number:
08 CIV 4808 (GBD) (AJP)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by the undersigned counsel, as follows:

    1.    The time for defendant Audio & Video Labs, Inc. d/b/a Disc Makers s/h/a Disc Makers to respond to the Complaint is extended through and including July 16, 2008.

Dated:  New York, New York
           July 1, 2008

DREIER LLP

By _____[signature]_____
    Seth H. Ostrow (SO-9605)
    Arianna Frankl (AF-7764)
    Karine Louis (KL-6662)
Counsel for Plaintiffs
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

FRYDMAN LLC

By: _____[signature]_____
    David S. Frydman (DF-8095)
Counsel for Defendant
    Audio & Video Labs, Inc. d/b/a Disc Makers
    s/h/a Disc Makers
18 East 48th Street – 10th Floor
New York, New York 10017
Telephone: (212) 355-9100
Facsimile: (212) 355-8988

SO ORDERED:

_____[signature]_____ 9/1/08
Andrew J. Peck, U.S.M.J.

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Copy by ECF: All Counsel
[illegible handwritten notation]