CARTER LEDYARD & MILBURN LLP
Keith D. Nowak, Esq. (KN-0230)
2 Wall Street
New York, NY 10005
Phone: (212) 238-8610
Fax:    (212) 732-3232

Attorneys for Defendants CD DIGITAL CARD and ONEDISC.COM, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                             :
SERIOUS USA, INC; SERIOUS IP, INC.;                          :
And DXPDD, LLC,                                              :
                          Plaintiff,                         :      **RULE 7.1 DISCLOSURE**
              - against -                                    :      **STATEMENT**
                                                             :
                                                             :
CD DIGITAL CARD; CD WORKS; DISC                              :
MAKERS; IMX SOLUTIONS. INC.;                                 :
INGRAM MICRO INC.; L&M OPTICAL                               :      **CIVIL ACTION NO. 08-CV-4808**
DISC, LLC; MICROVISION                                       :      **(SHS)**
DEVELOPMENT, INC.; ONEDISC.COM,                              :
INC. and SONARUS CORPORATION.                                :
                          Defendants.                        :
-------------------------------------------------------------x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure Defendants
   CD DIGITAL CARD and ONEDISC.COM, INC. and the undersigned counsel,
certify that there are no parent corporations or publicly-held corporations owning 10% or
more of the stock of Defendants CD DIGITAL CARD and ONEDISC.COM, INC.

                                              Respectfully Submitted,

                                              /s/ Keith D. Nowak
                                              Keith D. Nowak
                                              Bar Roll No. KN-0230
                                              Carter Ledyard & Milburn LLP
                                              2 Wall Street
                                              New York, NY 10005
                                              (212) 238-8610 Phone
                                              Attorney for Defendants

6351422.1