William J. Manning, Jr. (WM-3791)
Tal E. Dickstein (TD-3204)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

Laura A. Wytsma (*Admission Pending*)
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California  90067
(310) 282-2100

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X
SERIOUS USA, INC.; SERIOUS IP, INC.; : and DXPDD, LLC,
:
       Plaintiffs,
:
    -against-                        Civil Action No. 08 Civ. 4808 (GBD) (AJP)
:
CD DIGITAL CARD; CD WORKS; DISC    Honorable George B. Daniels
MAKERS; IMX SOLUTIONS, INC.; :
INFINITE MARKETING INC.; INGRAM    Magistrate Judge Andrew J. Peck
MICRO INC.; L&M OPTICAL DISC, LLC; :
MICROVISION DEVELOPMENT, INC.;    **JURY TRIAL DEMANDED**
ONEDISC.COM, INC.; and SONARUS :
CORPORATION,
:
       Defendants.
:
------------------------------------------------------- X

**DEFENDANT MICROVISION DEVELOPMENT, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Microvision Development, Inc., by and through its undersigned counsel, hereby states that it has no parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
       July 14, 2008

                              LOEB & LOEB LLP

                      By:  */s/ Tal E. Dickstein*
                          William J. Manning, Jr. (WM-3791)
                          Tal Dickstein (TD-3204)
                          345 Park Avenue
                          New York, New York 10154-1895
                          (212) 407-4000

                          Laura A. Wytsma (*Admission Pending*)
                          10100 Santa Monica Blvd., Suite 2200
                          Los Angeles, California  90067
                          (310) 282-2100

                          *Attorneys for Defendant Microvision Development, Inc.*