UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERIOUS USA, INC.; SERIOUS IP, INC.; and DXPDD, LLC., <br><br> Plaintiffs, <br> v. <br><br> CD DIGITAL CARD; CD WORKS; DISC MAKERS; IMX SOLUTIONS, INC.; INFINITE MARKETING INC.; INGRAM MICRO INC.; L&M OPTICAL DISC, LLC; MICROVISION DEVELOPMENT, INC.; ONEDISC.COM, INC.; and SONARUS CORPORATION, <br><br> Defendants. | No. 08-CV-4808 (GBD)(AJP) |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT INGRAM MICRO INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ingram Micro Inc., by counsel, makes the following Disclosure Statement:

1. Ingram Micro Inc. does not have a parent corporation; and

2. No publicly held corporation owns ten percent (10%) or more of Ingram Micro Inc.

Dated: July 14, 2008
New York, New York

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
Theodore C. Max (TM 1742)
Charles A. LeGrand (CL 5320)
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

*Attorneys for Defendant*
INGRAM MICRO INC.