UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SERIOUS USA, INC., et al.,

        Plaintiff,

v.

CD DIGITAL CARD, et al.,

        Defendants.

---

CIVIL ACTION

NO. 08 Civ. 4808 (GBD) (AJP)

**DISC MAKERS'
RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Disc Makers hereby discloses that "Disc Makers" is a registered trade name of Audio and Video Labs, Inc., a New Jersey corporation. Audio and Video Labs, Inc. is a wholly owned subsidiary of Audio and Video Labs Holdings, Inc., a Delaware corporation, of which Corinthian AVL/DM, LLC, a Delaware limited liability company, owns more than 10%. Corinthian Capital Group, LLC of New York owns more than 10% of Corinthian AVL/DM, LLC. None of the aforementioned entities is publicly held.

Dated: New York, New York
       July 15, 2008

                                    Respectfully submitted,

                                    _/s/ David S. Frydman_
                                    David S. Frydman, Esq. (DF-8095)
                                    Frydman LLC
                                    Co-Counsel for Defendant Disc Makers
                                    18 East 48th Street, 10th Floor
                                    New York, New York 10017
                                    Phone: (212) 355-9100
                                    Fax:   (212) 355-8988

Joseph M. Armstrong, Esq.
Eizen Fineburg & McCarthy, P.C.
Co-Counsel for Defendant Disc Makers
Application for *Pro Hac Vice Admision*
Pending
Two Commerce Square, Suite 3410
2001 Market Street
Philadelphia, Pennsylvania 19103
Phone: (215) 751-9666
Fax: (215) 751-9310