CARTER LEDYARD & MILBURN LLP
Keith D. Nowak, Esq. (KN-0230)
2 Wall Street
New York, NY 10005
Phone: (212) 238-8610
Fax:   (212) 732-3232

Attorneys for Defendants CD WORKS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

SERIOUS USA, INC; SERIOUS IP, INC.;
And DXPDD, LLC,

                Plaintiff,

- against -

CD DIGITAL CARD; CD WORKS; DISC
MAKERS; IMX SOLUTIONS. INC.;
INGRAM MICRO INC.; L&M OPTICAL
DISC, LLC; MICROVISION
DEVELOPMENT, INC.; ONEDISC.COM,
INC. and SONARUS CORPORATION.

                Defendants.

-----------------------------------------------------------------x

**RULE 7.1 DISCLOSURE STATEMENT**

**CIVIL ACTION NO. 08-CV-4808 (SHS)**

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT CD WORKS.**

6352486.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CD WORKS by counsel, makes the following disclosure statement:

1) CD WORKS does not have a parent corporation; and

2) No publicly-held corporation owns 10% or more of CD WORKS.

Dated: July 16, 2008
New York, New York,

Respectfully Submitted,

Keith D. Nowak
Bar Roll No. KN-0230
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
(212) 238-8610 Phone
Attorney for Defendants

6352486.1