Keith D. Nowak, Esq.
William F. Sondericker, Esq.
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
Attorneys for defendants IMX Solutions, Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SERIOUS USA, INC; SERIOUS IP, INC.;
AND DXPDD, LLC,

        Plaintiffs,

        v.

CD DIGITAL CARD; CD WORKS;
DISCMAKERS; IMX SOLUTIONS, INC;
INFINITE MARKETING INC; INGRAM
MICRO INC; L&M OPTICAL DISC, LLC;
MICROVISION DEVELOPMENT, INC.;
ONEDISC.COM, INC.; and SONARUS
CORPORATION,

        Defendants.
------------------------------------------------------------ x

Civ. Action No. 08-cv-4808 (GBD) (AJP)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED between and among plaintiffs and defendant IMX Solutions, Inc. that the time for IMX Solutions, Inc. to answer, move, or otherwise respond to the Complaint shall be extended from July 14, 2008 to and including July 28, 2008. Defendant has made one previous request for an extension of time. An additional extension is requested as settlement discussions are ongoing and defendant IMX Solutions, Inc. believes settlement is possible. Plaintiffs consent to this request.

Dated: New York, New York
      July 15, 2008

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

6341435.1

BY FAX

| | |
|---|---|
| CARTER, LEDYARD & MILBURN LLP<br><br>By: _/s/ Keith D. Nowak_<br>Keith D. Nowak<br>William F. Sondericker<br>2 Wall Street<br>New York, New York 10005<br>(212) 732-3200<br>Attorneys for Defendants<br>IMX Solutions, Inc. | DREIER LLP<br><br>By: _/s/ Seth H. Ostrow_<br>Seth H. Ostrow<br>Arianna Frankl<br>Karine Louis<br>499 Park Avenue<br>New York, New York 10022<br>(212) 328-6100<br>Attorney for Plaintiffs |

So Ordered:

_____
Hon. Andrew J. Peck
United States Magistrate Judge

6341435.1

-2-