

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/22/08

Tal Dickstein
Attorney At Law
345 Park Avenue
New York, NY 10154

Direct: 212.407.4963
Main: 212.407.4000
Fax: 646.924.3956
tdickstein@loeb.com

Via Facsimile

July 22, 2008

Magistrate Judge Andrew J. Peck
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

Re: Serious USA, Inc., et al. v. CD Digital Card, et al., Case No. 08 Civ. 4808 (GBD) (AJP)

Dear Judge Peck:

We represent Defendant Microvision Development, Inc. in the above referenced matter. We write with the consent of counsel for Plaintiffs, counsel for Defendant Disc Makers and counsel for Defendant Ingram Micro, Inc. (counsel for the remaining appearing defendants could not be reached as of this writing) to advise you of the status of the litigation. Several defendants have not appeared and Plaintiffs intend to seek entry of a default judgment as to those parties. One defendant's time to respond to the Complaint has been extended to July 28, 2008. Certain defendants are engaged in settlement discussions. All appearing parties have served initial disclosures. We are unaware of any further matters that need to be addressed at the status conference currently scheduled for Wednesday, July 23, 2008 at 9:30 a.m. Unless the Court wishes to address other matters with the parties, we respectfully request that the conference be adjourned for at least thirty days.

We acknowledge that this request is being made less than 48 hours prior to the scheduled conference, but we believe it is warranted to conserve the resources of the parties and of the Court.

Respectfully yours,

Tal Dickstein
Attorney At Law

Cc: All counsel of record (via email)

**MEMO ENDORSED** 7/22/08

Status conf 7/23 adjourned at all parties' request to 9/8 at 9:30AM. All [illegible] — default judgment [illegible] w/in N's 7/23 [illegible] for default against non-appearing parties).

Copy to [illegible]

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Los Angeles   New York   Chicago   Nashville   www.loeb.com

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:      (212) 805-7933
Telephone No.:   (212) 805-0036

**Dated:** July 22, 2008                    **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Seth H. Ostrow, Esq.<br>Karine Louis, Esq. | 212-600-9499 |
| Keith D. Nowak, Esq.<br>William F. Sondericker, Esq. | 212-732-3232 |
| Charles LeGrand, Esq. | 212-332-1216 |
| Wm. Scott Schulten, Esq. | 404-688-6840 |
| William J. Manning, Esq. | 212-208-2538 |
| Tal Dickstein, Esq. | 646-924-3956 |
| David S. Frydman, Esq. | 212-355-8988 |

# TRANSCRIPTION:

**MEMO ENDORSED 7/22/08**

Status conf. of 7/23 adjourned at the parties' request to <u>9/8 at 9:30 AM</u>. All discovery and other deadlines remain unchanged (inc. pltf's 7/23 deadline to move for default against non-appearing parties).

**Copy to:**   Judge George B. Daniels