

UNITED STATES DISTRICT COURT USDC SDNY
SOUTHERN DISTRICT OF NEW YORK DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/22/08

SERIOUS USA, INC., et al.     :

              Plaintiff,     :    CIVIL ACTION

       v.     :

                     :    NO. 08 Civ. 4808 (GBD) (AJP)

CD DIGITAL CARD, et al.     :

              :

              Defendants.     :    **ORDER FOR ADMISSION PRO**
                                    :    **HAC VICE ON WRITTEN MOTION**

Upon the motion of David S. Frydman, Esq., attorney for Defendant Disc Makers, and said

sponsor attorney's Affidavit in Support;

IT IS HEREBY ORDERED THAT

> Joseph M. Armstrong, Esq.
> Eizen Fineburg & McCarthy, P.C.
> Two Commerce Square – Suite 3410
> 2001 Market Street
> Philadelphia, Pennsylvania 19103
> Phone: (215) 751-9666
> Fax:     (215) 751-9310
> Email: jarmstrong@efm.net

is admitted *pro hac vice* as counsel for Defendant Disc Makers in the above captioned case in the

United States District Court for the Southern District of New York. All attorneys appearing before

this Court are subject to the Local Rules of this Court, including the rules governing discipline of

attorneys.

If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac

vice fee to the Clerk of the Court.

Dated: New York, New York
      July  22  , 2008

_____
United States District/Magistrate Judge

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

CERTIFICATE OF SERVICE

I, Yosef Y. Weintraub, an attorney duly admitted to practice in the Courts of the State of New York and in this District, hereby certifies that on July 18, 2008, I caused the within Order for Admission Pro Hac Vice on Written Motion to be served by regular mail upon:

SEE SERVICE LIST

Date: July 18, 2008

_____
YOSEF WEINTRAUB

<u>SERVICE LIST</u>

Karine Louis, Esq.
Dreier LLP
Counsel for Plaintiffs
499 Park Avenue
New York, New York 10022
Tel: (212) 328-6100

Keith D. Nowak, Esq.
Carter Ledyard & Milburn LLP
Counsel for Defendants CD Digital Card,
   CD Works, L&M Optical Disc, LLC, and
   Onedisc.com, Inc.
2 Wall Street
New York, New York 10005
Tel: (212) 732-3200

Joseph M. Armstong, Esq.
Eizen Fineburg & McCarthy, P.C.
Counsel for Defendant Disc Makers
Two Commerce Square
2001 Market Street, 34th Floor
Philadelphia, PA 19103
Tel: (215) 751-9666

Theodore C. Max, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Counsel for Defendant Ingram Micro, Inc.
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Tel: (212) 332-3602

Charles A. LeGrand, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Counsel for Defendant Ingram Micro, Inc.
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Tel: (212) 332-3602

Alan A.B. McDowell, Esq.
Wolf Haldenstein Adler Freeman &
   Herz LLP
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600

Laura A. Wytsma, Esq.
Loeb & Loeb LLP
Counsel for Defendant Microvision
   Development, Inc.
10100 Santa Monica Boulevard,
   Suite 2200
Los Angeles, California 90067
Tel: (310) 282-2251

Tal E. Dickstein, Esq.
Loeb & Loeb LLP
Counsel for Defendant Microvision
   Development, Inc.
345 Park Avenue
New York, New York 10154
Tel: (212) 407-4963