COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

SERIOUS USA, INC.; SERIOUS IP, INC.; and DXPDD, LLC.,

            Plaintiffs,

-against-

CD DIGITAL CARD; CD WORKS; DISC MAKERS; IMX SOLUTIONS, INC.; INFINITE MARKETING INC.; INGRAM MICRO INC.; L&M OPTICAL DISC, LLC; MICROVISION DEVELOPMENT, INC.; ONEDISC.COM, INC.; and SONARUS CORPORATION,

            Defendants.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/23/08

Civil Action No. 08 CIV 4808 (GBD) (AJP)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Honorable George B. Daniels

Magistrate Judge Andrew J. Peck

Upon the motion of Tal Dickstein, attorney for defendant Microvision Development, Inc., and said sponsor attorneys' declaration in support:

IT IS HEREBY ORDERED THAT

| | |
|---|---|
| Applicant's Name: | Laura A. Wytsma |
| Firm Name: | Loeb & Loeb LLP |
| Address: | 10100 Santa Monica Boulevard |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone/Fax: | (310) 282-2000/(310) 282-2200 |
| Email Address: | lwytsma@loeb.com |

is admitted to practice *pro hac vice* as counsel for Microvision Development, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: July 23, 2008
New York, New York

_____
U.S. Magistrate Judge
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

Copy for ECF:

**BY FAX**