UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
SERIOUS USA, INC.; SERIOUS IP, INC.;      :
and DXPDD, LLC,                           :
                                          :
                   Plaintiffs,            :
                                          :      Civil Action No. 08-CV-4808 (GBD) (AJP)
          v.                              :
                                          :      **DECLARATION OF KARINE LOUIS**
CD DIGITAL CARD; CD WORKS;                :      **IN SUPPORT OF APPLICATION**
DISCMAKERS; IMX SOLUTIONS, INC;           :      **FOR DEFAULT JUDGMENT**
INFINITE MARKETING INC; INGRAM            :
MICRO INC; L&M OPTICAL DISC, LLC;         :
MICROVISION DEVELOPMENT, INC.;            :
ONEDISC.COM, INC.; and SONARUS            :
CORPORATION,                              :
                                          :
                   Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, KARINE LOUIS hereby declare:

1.      I am an associate at Dreier LLP, attorneys for Plaintiffs Serious USA, Inc.;

Serious IP, Inc.; and DXPDD, LLC ("Plaintiffs").  I submit this Declaration in Support of

Plaintiffs' Application for Entry of a Default Judgment against Infinite Marketing Inc.

("Infinite") ("Plaintiffs' Application").

2.      I am a member of the Bar of this Court and I am familiar with all the facts and

circumstances in this action.

3.      The action was commenced on May 22, 2008 and is an action for a judgment of

infringement by Infinite of Plaintiffs' patents and for a calculation of damages based on

Defendant's sale and manufacture of certain products.

4.      Infinite was personally served on May 27, 2008.  *See* Docket Item no. 9.

5.      Infinite's Answer was due on June 16, 2008.

6.      On June 6, 2008, I spoke to Mr. Scott Schulten, counsel for Infinite.  During our call Mr. Schulten stated that Infinite wanted to explore settlement opportunities.  Mr. Schulten then forwarded written terms for settlement.

7.      Mr. Schulten also contacted me on June 12, 2008 in order to discuss an extension of Infinite's time to answer the complaint.  I agreed to extend the time to respond to June 30, 2008.  Judge Stein thereafter entered an order for the extension.  *See* Docket Item no. 17.

8.      Prior to a Scheduling Conference before Judge Peck, Mr. Schulten contacted the Court on June 18, 2008 and stated that he was not counsel of record for Infinite and was only hired to explore settlement opportunities.  *See* Exhibit A.

9.      Following a Scheduling Conference before Judge Peck on June 20, 2008, Mr. Schulten contacted me and indicated that Infinite was going out of business and would not be represented by counsel in this action.  *See* Exhibit B.  Infinite also withdrew its settlement offer. *Id*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2008.

_____/s/Karine Louis_____
Karine Louis

373108

2

# SCHULTEN WARD & TURNER, LLP

Suite 2700
260 Peachtree Street, NW
Atlanta, Georgia 30303
Telephone No. (404) 688-6800
Fax No. (404) 688-2723

## FACSIMILE COVER SHEET

JUNE 18, 2008

**TO:**

| | |
|---|---|
| KAREN LOUIS, ESQ. | 212-600-9499 |
| KEITH D. NOWACK, ESQ. | 212-732-3232 |
| THEODORE C. MAX, ESQ. | 212-332-3888 |
| TAL DICKERSON, ESQ. | 212-407-4990 |
| JEFFREY STARFIELD, PRESIDENT – CD WORKS | 978-922-5110 |

**FROM:** WM. SCOTT SCHULTEN, ESQ.

**FILE NO:** 198.001

**PAGES INCLUDING COVER: 2**

**COMMENTS:**

*RE: SERIOUS USA, INC., ET AL AGAINST CD DIGITAL CARD, ET AL.*
*CIVIL ACTION NO. 08 CIV-4808 (SHS) (AJP)*

**IF TRANSMISSION IS NOT CLEAR OR ALL PAGES ARE NOT RECEIVED, PLEASE CALL THE FOLLOWING TELEPHONE NUMBER: (404) 688-6800.**

CONFIDENTIALITY NOTE: THIS MESSAGE AND ITS ATTACHMENTS, IF ANY, ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

{198/001/00333364.DOCv1}

WM. SCOTT SCHULTEN
KEVIN L. WARD
DAVID L. TURNER
SUSAN KASTAN MURPHEY
ERIN S. STONE
ERIC L. WEISS
JON R. ERICKSON
MARTIN A. SHELTON
CHARLES E. FEDER
JILL D. PRUSSACK
HADLEY M. BECOR
MARIA F. STEDET
WILLIAM M. FARRIS
DEAN R. FUCHS
JOSEPH L. KELLY
J. ZACHARY ZIMMERMAN
ALYSON M. HARTER
MOLLY F. COLE
CAROLINE M. VANN
JENNIFER L. PENNINGTON
ANDREA L. PAWLAK
LYNLEY S. TERAS



# SCHULTEN WARD & TURNER
### ATTORNEYS AT LAW

A LIMITED LIABILITY PARTNERSHIP

260 PEACHTREE ST., N.W.
SUITE 2700
ATLANTA, GEORGIA 30303
TELEPHONE (404) 688-6800
www.swtlaw.com

STEVEN H. SADOW, SPECIAL COUNSEL
WHITE COLLAR CRIME AND HIGH PROFILE CRIMINAL DEFENSE
THOMAS RICHELO OF COUNSEL

Writer's Direct: 404-688-6801
wss@swtlaw.com

June 18, 2008

**BY TELEFAX**

Honorable Andrew J. Peck
U.S. District Court
Southern District of New York
Unites States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007-1312

Re:   Serious USA, Inc., et al. against CD Digital Card, et al.
      United States District Court, Southern District of New York
      Civil Action No. 08 CIV 4808 (SHS) (AJP)
      Our File No.: 198.001

Dear Judge Peck:

       This is in response to your telefax dated June 17, 2008 regarding the above-referenced action. Please be advised that I have not been retained by Infinite Marketing other than to explore settlement possibilities. I am not counsel of record for Infinite Marketing, and will not be able to attend the scheduling conference set for June 20, 2008 at 9:30 AM.

       If you have questions or concerns, please contact me.

                                        Yours very truly,

                                        Wm. Scott Schulten

WSS/bb

Cc:   Karine Louis, Esq. (via fax)
      Keith D. Nowack, Esq. (via fax)
      Theodore C. Max, Esq. (via fax)
      Tal Dickstein, Esq. (via fax)
      Jeffrey Starfield (via fax)

{198/001/00333310.DOCv1}

## Karine Louis

**From:**     W. Scott Schulten [wss@swtlaw.com]
**Sent:**      Friday, June 20, 2008 3:23 PM
**To:**         Karine Louis
**Cc:**         ez@infinitemarketing.com; nowak@clm.com
**Subject:**   RE: Serious USA, Inc., et al. v. CD Digital Card, et al.; Case No. 08-cv-4808 (SHS)(AJP)

Karine,
Our offer to settle is hereby withdrawn. It is my understanding that Infinite Marketing intends to cease doing business. The company will not be represented in the pending action, as far as I know.
I am sorry that we were not able to resolve the matter under the terms I proposed, but I appreciate any efforts you may have made towards such settlement.
Regards,
Scott Schulten

Wm. Scott Schulten
Schulten Ward & Turner, LLP
260 Peachtree Street, Suite 2700
Atlanta GA 30303
404.688.6801 (v)
404.688.2723 (f)
www.swtlaw.com

Member, Legal Netlink Alliance www.legalnetlink.net

**This email (and any attachment) is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and is legally privileged and confidential. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by reply email or by telephone (404 688-6800) and delete the message from your computer system. Thank you in advance for your cooperation.**

**Circular 230 Notice:** In order for us to comply with certain U.S. Treasury regulations, unless expressly stated otherwise, any U.S. federal tax advice that may be contained in this written or electronic communication, including any attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding any tax penalties that may be imposed by the Internal Revenue Service or any other U.S. federal taxing authority or agency or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

 please don't print this e-mail unless you _really_ need to.

---

**From:** Karine Louis [mailto:klouis@dreierllp.com]
**Sent:** Friday, June 20, 2008 2:43 PM
**To:** greenberg@whafh.com; W. Scott Schulten

**Cc:** Seth Ostrow
**Subject:** Serious USA, Inc., et al. v. CD Digital Card, et al.; Case No. 08-cv-4808 (SHS)(AJP)

Counsel,

Attached is the Scheduling Order that was discussed with the Court today.  The attached incorporates dates that were agreed to by the parties at the conference as well as the Court.   As instructed by the Court, the attached will be forwarded to the Court for his review and approval today.

Regards,
Karine

-------------------------------------------------

**Karine Louis**
**Associate**

**DREIER** LLP

**499 Park Avenue**
**New York, NY 10022**
**Direct: (212) 652-3793**
**Tel: (212) 328-6100**
**Fax: (212) 600-9499**
**klouis@dreierllp.com**
**www.dreierllp.com**

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

7/21/2008