UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
SERIOUS USA, INC.; SERIOUS IP, INC.;
and DXPDD, LLC,
:
                      Plaintiffs,   :

                                       Civil Action No. 08-CV-4808 (GBD) (AJP)
          v.                 :

CD DIGITAL CARD; CD WORKS;             **DECLARATION OF KARINE LOUIS**
DISCMAKERS; IMX SOLUTIONS, INC;  :  **IN SUPPORT OF APPLICATION FOR**
INFINITE MARKETING INC; INGRAM       **DEFAULT JUDGMENT**
MICRO INC; L&M OPTICAL DISC, LLC; :
MICROVISION DEVELOPMENT, INC.;
ONEDISC.COM, INC.; and SONARUS    :
CORPORATION,
:
                      Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, KARINE LOUIS hereby declare:

1. I am an associate at Dreier LLP, attorneys for Plaintiffs Serious USA, Inc.; Serious IP, Inc.; and DXPDD, LLC ("Plaintiffs"). I submit this Declaration in Support of Plaintiffs' Application for Entry of a Default Judgment against Sonarus Corporation ("Sonarus") ("Plaintiffs' Application").

2. I am a member of the Bar of this Court and I am familiar with all the facts and circumstances in this action.

3. The action was commenced on May 22, 2008 and is an action for a judgment of infringement by Sonarus of Plaintiffs' patents and for a calculation of damages based on Defendant's sale and manufacture of certain products.

4. Plaintiffs attempted to personally serve Sonarus at the address listed on its corporate website on May 29, 2008. *See* Exhibits A and B. The Process Server was unable to effect service at that address. *See* Exhibit B.

5. Plaintiffs thereafter attempted to personally serve Sonarus at the address of a company called Freedom Disk as I was informed that Sonarus and Freedom Disk had merged. The service was attempted on June 6, 2008. *See* Exhibit C.

6. As indicated on the affidavit of service, the service was accepted but the person refused to give his name. *See* Exhibit C.

7. I thereafter located, from the website of the Secretary of State for Pennsylvania, another listing for Sonarus with a different address. *See* Exhibit D.

8. The process server again attempted to personally serve Sonarus but instead found another company, Tennis Roofing, at that address. *See* Exhibit E.

9. All of the papers were thereafter mailed to both the address on Sonarus' website as well as the address located for Freedom Disk on June 12, 2008. The affidavit of service was filed on June 12, 2008. *See* Docket Item no. 14.

10. Sonarus' answer was due on July 2, 2008.

11. Sonarus has failed to respond to service by mail or to any of Plaintiffs' attempted personal service.

I declare under penalty of perjury that the foregoing is true and correct.

3

Executed on July 23, 2008.

                                                            /s/Karine Louis
                                                                Karine Louis

373019



**Call, Write or Email Us at the Following:**

Sonarus Corporation
A Dischouse Corporation Company
1597 Washington Pike
Suite B14-265
Bridgeville, PA 15017

Toll Free: 1-888-638-2997
In Pennsylvania: 724-745-1598
Fax: 412-202-0719

info@sonarus.com

Need to send us files? Click below to drop files in our "Drop Box"

DROPBOX

[DVD Replication Services] [CD Replication Services] [DVD Duplication Services] [CD Duplication Services]
[DVD Authoring] [CD DVD Packaging] [Printing] [Fulfillment]

©2006 Sonarus Corporation.

# PROOF OF SERVICE

| | |
|---|---|
| **CASE:** | Serious USA Inc. et. al. plaintiff(s)   File No. 08-CIV-4808 |
| | vs. |
| | CD Digital Card et. al. defendant(s) |

**SERVICE OF PROCESS ON:** Sonarus Corporation
(NAME OF ENTITY TO BE SERVED)

**NAME OF SERVER:** Richard Ament, undersigned, being duly sworn, deposes and say that he was at the time of service, over the age of twenty-one, was not a party to this action;

**DATE OF SERVICE:** that on the _____ day of _____ 19 _____ at _____:_____ o'clock _____ M

**PLACE OF SERVICE:** at _____ in the city of _____ state of _____

**DOCUMENTS SERVED:** the undersigned served the annexed papers, _____
(LIST OF ALL DOCUMENTS SERVED)

**PERSON SERVED AND METHOD OF SERVICE:**
A true and correct copy of the aforesaid papers were served on the above-named party or witness in the following manner:
- ☐ By personally delivering them into the hands of the person to be served. _____
- ✻☐ (Substitute) By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit: _____
- ☐ By delivering them to an officer or managing agent whose name and title is: _____

✻ California law requires 3 attempts before substitute service can be made

Other _____

**DESCRIPTION OF PERSON RECEIVING DOCUMENTS:**
The person receiving documents is described as follows:
Sex _____; Skin Color _____; Hair Color _____; Facial Hair _____
Age (prox.) _____; Height (prox.) _____; Weight (prox.) _____
☐ To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

**PROOF OF DUE & DILIGENT ATTEMPT:**
☒ AFTER DUE AND DILIGENT EFFORTS, UNDERSIGNED WAS UNABLE TO EFFECT SERVICE
☐ FACTS INDICATING DEFENDENT IS AVOIDING SERVICE ARE _They are out of business_ _Unknown_

✻ California law requires 3 attempts before substitute service can be made

| ✻DATES OF SERVICE ATTEMPTED | TIMES ATTEMPTED | ADDRESS ATTEMPTED | REASON FOR NON SERVICE |
|---|---|---|---|
| 5/23/08 | 3:27 o'clock P M | 597 Washington Pike Bridgeville | Unknown |
| | ___:___ o'clock ___ M | | |
| | ___:___ o'clock ___ M | | |

**SIGNATURE OF SERVER:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____  5/23/08
Name of server   (date)

Subscribed & sworn to before me this 29 day of MAY 19 2008

_____
Notary Public   Comm. Exp.
(SEAL)

Notarization
☐ Required
☐ Not Required

CLSS - NationWide Service Center (NWSC)
2522 Lower Mason Creek Road
Bandera, TX 78003



AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Serious USA, Inc., Serious IP, Inc.
and DXPDD, LLC

V.

CD Digital Card, et al.
(Please see the attached addendum)

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

08 CIV 4808

SONARUS CORPORATION

TO: (Name and address of Defendant)

CD Digital Card
11150 White Birch Drive
Rancho Cucamonga, California 91730

(Please see the attached addendum)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth H. Ostrow, Esq.
Dreier LLP
499 Park Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  MAY 22 2008

## SUMMONS IN A CIVIL ACTION ADDENDUM

**PLAINTIFFS:**

Serious USA, Inc., Serious IP, Inc. and DXPDD, LLC

**DEFENDANTS:**

CD Digital Card; CD Works; Disc Makers; IMX Solutions, Inc.; Infinite Marketing Inc.; Ingram Micro Inc.; L&M Optical Disc, LLC; Microvision Development, Inc.; Onedisc.Com, Inc.; Sonarus Corporation

**DEFENDANTS' ADDRESSES:**

CD Digital Card
11150 White Birch Drive
Rancho Cucamonga, California 91730

CD Works
1266 Soldiers Field Road
Boston, Massachusetts 02135

Disc Makers
16 West 18th Street
New York, New York 10011

IMX Solutions, Inc.
210 E. Third Street, Suite 202
Royal Oak, Michigan 48067

Infinite Marketing Inc.
3475 Lenox Road, Suite 400
Atlanta, Georgia 30326

Ingram Micro Inc.
1759 Wehrle Drive
Williamsville, New York 14221

L&M Optical Disc, LLC
303 Louisiana Ave
Brooklyn, New York 11207

Microvision Development, Inc.
5541 Fermi Ct., Suite 120
Carlsbad, California 92008

Onedisc.Com, Inc.
4668 Murray Avenue
St. Paul, Minnesota, 55110-3425

Sonarus Corporation
1597 Washington Pike, Suite B14-265
Bridgeville, Pennsylvania 15017

# PROOF OF SERVICE

**CASE:** Serious USA Inc et. al. plaintiff(s)  File No. 08 civ 4808
vs.
CO Digital Corp et. al. defendant(s)

**SERVICE OF PROCESS ON:** Solidarus Corporation c/o Freedom Disk
(NAME OF ENTITY TO BE SERVED)

**NAME OF SERVER:** Richard Ament, undersigned, being duly sworn, deposes and say that he was at the time of service, over the age of twenty-one, was not a party to this action:

**DATE OF SERVICE:** that on the 6 day of June, 19 2008 at 3:54 o'clock P M

**PLACE OF SERVICE:** at 5 Vertical Drive in the city of Canonsburg state of PA

**DOCUMENTS SERVED:** the undersigned served the annexed papers, See Attached Sheet
(LIST OF ALL DOCUMENTS SERVED)

**PERSON SERVED AND METHOD OF SERVICE:**
A true and correct copy of the aforesaid papers were served on the above-named party or witness in the following manner:
☐ By personally delivering them into the hands of the person to be served.
*☐ (Substitute) By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit: _____
☒ By delivering them to an officer or managing agent whose name and title is: John Doe / Unknown

*California law requires 3 attempts before substitute service can be made

Other _____

**DESCRIPTION OF PERSON RECEIVING DOCUMENTS:**
The person receiving documents is described as follows:
Sex Male ; Skin Color White ; Hair Color Black ; Facial Hair No
Age (prox.) 52 ; Height (prox.) 5'9" ; Weight (prox.) 270
☐ To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

**PROOF OF DUE & DILIGENT ATTEMPT:**
☐ AFTER DUE AND DILIGENT EFFORTS, UNDERSIGNED WAS UNABLE TO EFFECT SERVICE
☐ FACTS INDICATING DEFENDENT IS AVOIDING SERVICE ARE _____

| *DATES OF SERVICE ATTEMPTED | TIMES ATTEMPTED | ADDRESS ATTEMPTED | REASON FOR NON SERVICE |
|---|---|---|---|
| | __:__ o'clock __ M | | |
| | __:__ o'clock __ M | | |
| | __:__ o'clock __ M | | |

*California law requires 3 attempts before substitute service can be made

**SIGNATURE OF SERVER:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_ 6/10/08
Name of server  (date)

Subscribed & sworn to before me this 10 day of June, 19 2008
_signature_
Notary Public  Comm. Exp.
(SEAL)

Notarization
☐ Required
☐ Not Required

CLSS - NationWide Service Center (NWSC)
2522 Lower Mason Creek Road
Bandera, TX 78003

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert M. Kresson, Notary Public
Robinson Twp., Allegheny County
My Commission Expires Feb. 17, 2011
Member, Pennsylvania Association of Notaries

## Documents to be Served

CIVIL ACTION SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR PATENT INFRINGEMENT; EXHIBIT(S) A THRU "I"; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE SIDNEY H. STEIN; CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE; CRITICAL INSTRUCTIONS TO ATTORNEYS; GUIDELINES FOR ELECTRONIC CASE FILING; PROCEDURES FOR ELECTRONIC CASE FIING; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK; CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE; ORDER OF REFERENCE TO A MAGISTRATE JUDGE; FAX TRANSMITTAL SHEET; ORDER; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK

⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Serious USA, Inc., Serious IP, Inc.
and DXPDD, LLC

V.

CD Digital Card, et al.
(Please see the attached addendum)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV 4808**

TO: (Name and address of Defendant)

CD Digital Card
11150 White Birch Drive
Rancho Cucamonga, California 91730

(Please see the attached addendum)

*Sonarus Corporation DBA Freedom Disk*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth H. Ostrow, Esq.
Dreier LLP
499 Park Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
CLERK

(By) DEPUTY CLERK

DATE: MAY 22 2008

## SUMMONS IN A CIVIL ACTION ADDENDUM

**PLAINTIFFS:**

Serious USA, Inc., Serious IP, Inc. and DXPDD, LLC

**DEFENDANTS:**

CD Digital Card; CD Works; Disc Makers; IMX Solutions, Inc.; Infinite Marketing Inc.; Ingram Micro Inc.; L&M Optical Disc, LLC; Microvision Development, Inc.; Onedisc.Com, Inc.; Sonarus Corporation

**DEFENDANTS' ADDRESSES:**

CD Digital Card
11150 White Birch Drive
Rancho Cucamonga, California 91730

CD Works
1266 Soldiers Field Road
Boston, Massachusetts 02135

Disc Makers
16 West 18th Street
New York, New York 10011

IMX Solutions, Inc.
210 E. Third Street, Suite 202
Royal Oak, Michigan 48067

Infinite Marketing Inc.
3475 Lenox Road, Suite 400
Atlanta, Georgia 30326

Ingram Micro Inc.
1759 Wehrle Drive
Williamsville, New York 14221

L&M Optical Disc, LLC
303 Louisiana Ave
Brooklyn, New York 11207

Microvision Development, Inc.
5541 Fermi Ct., Suite 120
Carlsbad, California 92008

Onedisc.Com, Inc.
4668 Murray Avenue
St. Paul, Minnesota, 55110-3425

Sonarus Corporation
1597 Washington Pike, Suite B14-265
Bridgeville, Pennsylvania 15017



# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online Orders
Order Business List
My Images
Search for Images

**Date:** 6/9/2008

**Business Entity Filing History**
(Select the link above to view the Business Entity's Filing History)

## Business Name History

| Name | Name Type |
|---|---|
| SONARUS CORPORATION | Current Name |

### Business Corporation - Domestic - Information

| | |
|---|---|
| **Entity Number:** | 3331464 |
| **Status:** | Active |
| **Entity Creation Date:** | 8/30/2005 |
| **State of Business.:** | PA |
| **Principal Office Address:** | 821 MORGANZA RD BLDG C HENDERSONVILLE PA 15339- |
| **Mailing Address:** | No Address |

Home | Site Map | Site Feedback | View as Text Only | Employment



Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement

# PROOF OF SERVICE

| | |
|---|---|
| **CASE:** | _Serious USA inc_ et. al. plaintiff(s)   File No. _08CIV4808_ |
| | vs. |
| | _CD Digital Card_ et. al. defendant(s) |
| **SERVICE OF PROCESS ON:** | _Sorrius Corp_ (NAME OF ENTITY TO BE SERVED) |
| **NAME OF SERVER:** | _Richard Amparit_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, was not a party to this action: |
| **DATE OF SERVICE:** | that on the ____ day of _____ 19 ____, at ____:____ o'clock ____ M |
| **PLACE OF SERVICE:** | at _921 Monsanto Rd Bldg C_ in the city of _Hendersonville_ state of _PA_ |
| **DOCUMENTS SERVED:** | the undersigned served the annexed papers, _____ (LIST OF ALL DOCUMENTS SERVED) |

**PERSON SERVED AND METHOD OF SERVICE:**

A true and correct copy of the aforesaid papers were served on the above-named party or witness in the following manner:
- ☐ By personally delivering them into the hands of the person to be served. ____
- ✱☐ (Substitute) By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit: ____
- ☐ By delivering them to an officer or managing agent whose name and title is: ____

✱ California law requires 3 attempts before substitute service can be made

Other ____

**DESCRIPTION OF PERSON RECEIVING DOCUMENTS:**

The person receiving documents is described as follows:
Sex ____; Skin Color ____; Hair Color ____; Facial Hair ____
Age (prox.) ____; Height (prox.) ____; Weight (prox.) ____
☐ To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

**PROOF OF DUE & DILIGENT ATTEMPT:**

☒ AFTER DUE AND DILIGENT EFFORTS, UNDERSIGNED WAS UNABLE TO EFFECT SERVICE
☐ FACTS INDICATING DEFENDENT IS AVOIDING SERVICE ARE _This goes back to Tennis Roofing_

| DATES OF SERVICE ATTEMPTED | TIMES ATTEMPTED | ADDRESS ATTEMPTED | REASON FOR NON SERVICE |
|---|---|---|---|
| 6/10/08 | 4:37 o'clock PM | 921 Monsanto Rd Bldg C Hendersonville PA | Moved Unknown |
| | ___ o'clock __ M | | |
| | ___ o'clock __ M | | |

✱ California law requires 3 attempts before substitute service can be made

**SIGNATURE OF SERVER:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_ 6/11/08
Name of server   (date)

Subscribed & sworn to before me this _11_ day of _June_, 19 _2008_

_[signature]_
Notary Public   Comm. Exp.
(SEAL)

Notarization
☐ Required
☐ Not Required

---

CLSS - NationWide Service Center (NWSC)
2522 Lower Mason Creek Road
Bandera, TX 78003

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Robert M. Kresson, Notary Public
Robinson Twp., Allegheny County
My Commission Expires Feb. 17, 2011
Member, Pennsylvania Association of Notaries

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Serious USA, Inc., Serious IP, Inc.
and DXPDD, LLC

**SUMMONS IN A CIVIL ACTION**

V.

CD Digital Card, et al.
(Please see the attached addendum)

CASE NUMBER:

**08 CIV 4808**

TO: (Name and address of Defendant)

CD Digital Card
11150 White Birch Drive
Rancho Cucamonga, California  91730

*SONARUS CORPORATION*

(Please see the attached addendum)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth H. Ostrow, Esq.
Dreier LLP
499 Park Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 22 2008

CLERK

DATE

(By) DEPUTY CLERK

## SUMMONS IN A CIVIL ACTION ADDENDUM

**PLAINTIFFS:**

Serious USA, Inc., Serious IP, Inc. and DXPDD, LLC

**DEFENDANTS:**

CD Digital Card; CD Works; Disc Makers; IMX Solutions, Inc.; Infinite Marketing Inc.; Ingram Micro Inc.; L&M Optical Disc, LLC; Microvision Development, Inc.; Onedisc.Com, Inc.; Sonarus Corporation

**DEFENDANTS' ADDRESSES:**

CD Digital Card
11150 White Birch Drive
Rancho Cucamonga, California  91730

CD Works
1266 Soldiers Field Road
Boston, Massachusetts  02135

Disc Makers
16 West 18th Street
New York, New York  10011

IMX Solutions, Inc.
210 E. Third Street, Suite 202
Royal Oak, Michigan  48067

Infinite Marketing Inc.
3475 Lenox Road, Suite 400
Atlanta, Georgia  30326

Ingram Micro Inc.
1759 Wehrle Drive
Williamsville, New York  14221

L&M Optical Disc, LLC
303 Louisiana Ave
Brooklyn, New York  11207

Microvision Development, Inc.
5541 Fermi Ct., Suite 120
Carlsbad, California 92008

Onedisc.Com, Inc.
4668 Murray Avenue
St. Paul, Minnesota, 55110-3425

Sonarus Corporation
1597 Washington Pike, Suite B14-265
Bridgeville, Pennsylvania 15017