UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SERIOUS USA, INC.; SERIOUS IP, INC.;  :
and DXPDD, LLC,
                                                                        :
                            Plaintiffs,
                                                                        :   Civil Action No. 08 CIV 4808 (GBD) (AJP)
                -against-
                                                                        :   **NOTICE OF MOTION**

CD DIGITAL CARD; CD WORKS; DISC
MAKERS; IMX SOLUTIONS, INC.;            :   Honorable George B. Daniels
INFINITE MARKETING INC.; INGRAM
MICRO INC.; L&M OPTICAL DISC, LLC;   :   Magistrate Judge Andrew J. Peck
MICROVISION DEVELOPMENT, INC.;
ONEDISC.COM, INC.; and SONARUS       :
CORPORATION,
                                                                        :
                            Defendants.
                                                                        :
------------------------------------------------------------X

PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Tal Dickstein, dated July 22, 2008, and the accompanying proposed Order, defendant Microvision Development, Inc., by its counsel, Loeb & Loeb LLP, will move this Court, before the Honorable Andrew J. Peck, as soon as counsel may be heard, at the United States Courthouse located at 500 Pearl Street, New York, New York, for an Order pursuant to Rule 1.3(c) of the Local Civil Rules of the Southern and Eastern Districts of New York admitting Laura A. Wytsma to the bar of this Court *pro hac vice*.

Dated: New York, New York
July 22, 2008

LOEB & LOEB LLP

By: /s/ Tal Dickstein
Tal Dickstein (TD-3204)
345 Park Avenue
New York, New York 10154
(212) 407-4000

*Attorneys for Defendant
Microvision Development, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SERIOUS USA, INC.; SERIOUS IP, INC.; and DXPDD, LLC.,

:

Plaintiffs,

: Civil Action No. 08 CIV 4808 (GBD) (AJP)

-against-

: **DECLARATION OF TAL DICKSTEIN**

CD DIGITAL CARD; CD WORKS; DISC MAKERS; IMX SOLUTIONS, INC.; INFINITE MARKETING INC.; INGRAM MICRO INC.; L&M OPTICAL DISC, LLC; MICROVISION DEVELOPMENT, INC.; ONEDISC.COM, INC.; and SONARUS CORPORATION,

: Honorable George B. Daniels

: Magistrate Judge Andrew J. Peck

Defendants.

------------------------------------------------------------X

TAL DICKSTIEN, declares as follows under penalty of perjury:

1. I am an attorney duly admitted to practice before this Court and am associated with the law firm Loeb & Loeb LLP, attorneys for defendant Microvision Development, Inc. ("Microvision") in this action.

2. I make this declaration in support of Microvision's motion for an Order, pursuant to Rule 1.3(c) of the Local Civil Rules of the Southern and Eastern Districts of New York admitting Laura A. Wytsma to the bar of this Court *pro hac vice*.

3. Ms. Wytsma is a partner of the firm Loeb & Loeb LLP and maintains her office in Los Angeles, California.

4. Ms. Wytsma is a member in good standing of the bar of the State of California and the United States District Court for the Central District of California. A

Certificate of Good Standing, issued by the Supreme Court of California, is attached hereto as Exhibit A.

       5.    Ms. Wytsma is fully familiar with the facts and issues in this case and will be involved in all aspects of the case, including motion practice and trial.

WHEREFORE, it is respectfully requested that Microvision's motion be granted and that Laura Wytsma be admitted to the bar of this Court *pro hac vice*.

Dated:  New York, New York
         July 22, 2008

                                     Respectfully Submitted,

                                     Tal Dickstein (TD-3204)

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

July 17, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LAURA ANN WYTSMA, #189527 was admitted to the practice of law in this state by the Supreme Court of California on July 3, 1997; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) SS.
COUNTY OF NEW YORK )

TIMOTHY B. CUMMINS, being duly sworn, deposes and says:

1. I am not a party to this action and am over 18 years of age.

2. On July 22, 2008, I served true copies of the foregoing Notice of Motion and the accompanying proposed order by first-class mail to the below listed parties:

>Arianna Frankl , Esq.
>Dreier LLP
>499 Park Avenue
>New York, NY 10022
>Counsel for Plaintiffs
>
>David Scott Frydman, Esq.
>Frydman LLC
>18 East 48th St., 10th Floor
>New York, NY 10017
>Counsel for Defendant
>Disc Makers
>
>Theodore Conrad Max, Esq.
>Sheppard, Mullin, Richter & Hampton, LLP
>30 Rockefeller Plaza
>New York, NY 10112
>Counsel for Defendant
>Ingram Micro, Inc.

NY731214.1
057011-00030

Keith D. Nowak, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
Counsel for Defendants
CD Digital Card, Onedisk.com. Inc., CD Works
and L& M Optical Disk, LLC

_____
Timothy B. Cummins

Sworn to before me this
22nd Day of July, 2008

_____
Notary Public

ANTOINETTE PEPPER
Notary Public, State of New York
No. 01PE4973633
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires January 7, 2011

NY731214.1
057011-00030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SERIOUS USA, INC.; SERIOUS IP, INC.;  :
and DXPDD, LLC,
                                                                      :
                        Plaintiffs,
                                                                      :   Civil Action No. 08 CIV 4808 (GBD) (AJP)
         -against-
                                                                          **ORDER FOR ADMISSION PRO HAC**
                                                                      :   **VICE ON WRITTEN MOTION**
CD DIGITAL CARD; CD WORKS; DISC
MAKERS; IMX SOLUTIONS, INC.;                       :   Honorable George B. Daniels
INFINITE MARKETING INC.; INGRAM
MICRO INC.; L&M OPTICAL DISC, LLC;          :   Magistrate Judge Andrew J. Peck
MICROVISION DEVELOPMENT, INC.;
ONEDISC.COM, INC.; and SONARUS              :
CORPORATION,
                                                                      :
                        Defendants.

------------------------------------------------------------ X

Upon the motion of Tal Dickstein, attorney for defendant Microvision Development, Inc., and said sponsor attorneys' declaration in support:

IT IS HEREBY ORDERED THAT

| | |
|---|---|
| Applicant's Name: | Laura A. Wytsma |
| Firm Name: | Loeb & Loeb LLP |
| Address: | 10100 Santa Monica Boulevard |
| City/State/Zip: | Los Angeles, California 90067 |
| Telephone/Fax: | (310) 282-2000/(310) 282-2200 |
| Email Address: | lwytsma@loeb.com |

is admitted to practice *pro hac vice* as counsel for Microvision Development, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) System, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: July ___, 2008
       New York, New York

                                                    _____
                                                        U.S. Magistrate Judge