CARTER LEDYARD & MILBURN LLP
Keith D. Nowak, Esq. (KN-0230)
2 Wall Street
New York, NY 10005
Phone: (212) 238-8610
Fax:    (212) 732-3232
Attorney for Defendant IMX SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SERIOUS USA, INC; SERIOUS IP, INC.;
And DXPDD, LLC,
                          Plaintiff,
             - against -

CD DIGITAL CARD; CD WORKS; DISC
MAKERS; IMX SOLUTIONS, INC.;
INGRAM MICRO INC.; L&M OPTICAL
DISC, LLC; MICROVISION
DEVELOPMENT, INC.; ONEDISC.COM,
INC. and SONARUS CORPORATION.
                          Defendants.

------------------------------------------------------------x

**RULE 7.1 DISCLOSURE STATEMENT**

**CIVIL ACTION NO. 08-CV-4808 (GBD)**

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT IMX SOLUTIONS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant IMX SOLUTIONS, INC. and the undersigned counsel certify that there are no parent corporations or publicly-held corporations owning 10% or more of the stock of Defendant IMX SOLUTIONS, INC.

Dated: July 28, 2008
       New York, New York,

Respectfully Submitted,

/s/ Keith D. Nowak
Keith D. Nowak
Bar Roll No. KN-0230
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
(212) 238-8610 Phone
Attorney for Defendant.

6356581.1